IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
GLENN JONES,                      )
                                  )
     Petitioner,                  )
                                  )      CIVIL ACTION NO.
     v.                           )        1:24cv382-MHT
                                  )            (WO)
PHYLLIS MORGAN, Warden            )
III,                              )
                                  )
     Respondent.                  )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (Doc. 9) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(3) The petition for writ of habeas corpus (Doc. 1) is dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of January, 2025.

                                          /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE